United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAYLE LOUIE, 

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C-09-4597 MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF FIRST AMENDED COMPLAINT**

On October 5, 2009, the instant action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit, no later than October 15, 2009, a chambers copy of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: October 7, 2009

MAXINE M. CHESNEY
United States District Judge